UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-80452 |
| Michael J. & Vicki K. Pilkinton, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| Debtor(s) | ) | |

**ORDER ALLOWING COMPENSATION FOR REPRESENTATION
OF CHAPTER 13 DEBTOR**
(For cases filed on or after 10/17/05)

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 0.00 | for legal services through confirmation of the plan. |
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 0.00 | for legal services after confirmation of the plan. |
| $ | 0.00 | for reimbursable expenses. |
| $ | 4,000.00 | **total fees and reimbursement allowed.** |
| $ - | 1,019.00 | less payment received from debtor prior to date of application. |
| $ | 2,981.00 | **balance allowed under this order.** |

Enter:

Dated: MAY 16 2014

United States Bankruptcy Judge

**Fees Payable to:**
Brian K. Wright
Wright & Associates, PC
Attorney Registration Number 6304330
584 West State Street, Sycamore, IL 60178
Voice: 815-895-2074; Facsimile: 847-600-4208
bw@wrightandassociateslaw.com

Form Order 23b                                                                                                   Rev: comp13post 20130103